**Order entered February 26, 2015**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-13-01060-CR

**STEFON JOE BRANTLEY, Appellant**

**V.**

**THE STATE OF TEXAS, Appellee**

**On Appeal from the Criminal District Court No. 5**
**Dallas County, Texas**
**Trial Court Cause No. F-1257441-L**

## ORDER
Before Justices Lang-Miers and Brown

In accordance with the Court's opinion of this date, we **ORDER** the sealed portion of the hearing on appellant's motion for new trial be **UNSEALED**. We further **ABATE** this appeal and **REMAND** to the trial court to conduct a hearing on appellant's motion for new trial consistent with our opinion. The trial court is instructed to conduct the hearing within sixty days of the date of his order. The clerk of the trial court shall promptly file a supplemental record containing the trial court's ruling. If the trial court grants the motion, appellant's appeal will be dismissed. If the motion is overruled, the appeal will be reinstated on motion of either party or on the Court's own motion and will proceed accordingly.

/Ada Brown/

ADA BROWN
PRESIDING JUSTICE